IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

January 25, 2008

Charles R. Fulbruge III
Clerk

_____

No. 07-20154
Summary Calendar

_____

ROSE PICKETT,

Plaintiff-Appellant

v.

MICHAEL CHERTOFF, SECRETARY,
DEPARTMENT OF HOMELAND SECURITY;
UNITED STATES IMMIGRATION & CUSTOMS
ENFORCEMENT; FEDERAL PROTECTIVE
SERVICE,

Defendants-Appellees

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC 4:06-CV-1092

_____

Before WIENER, GARZA, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Plaintiff-Appellant Rose Pickett, proceeding pro se on appeal, seeks reversal of the final judgment of the district court granting Defendants' motion to dismiss and motion for summary judgment, dismissing Pickett's action with prejudice. That action is grounded in claims of employment discrimination based on race, sex, age, and retaliation in violation of

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

applicable federal and state statutes.

We have carefully reviewed the parties' briefs and the record on appeal, including the careful and exhaustive Memorandum Opinion and Order of the district court signed on January 5, 2007, as a result of which we are satisfied that the district court not only committed no reversible error, but properly and correctly granted and rendered the judgment from which Pickett appeals. For the reasons set forth by the district court in its said Memorandum Opinion and Order, the judgment of that court is, in all respects, AFFIRMED.